**Fill in this information to identify the case:**

Debtor name    *Integrity Graphics, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    *17-21513 jjt*

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *November 27, 2017*         X */s/ Joseph E. Lavalla*
                                            Signature of individual signing on behalf of debtor

                                            *Joseph E. Lavalla*
                                            Printed name

                                            *President*
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: *Integrity Graphics, Inc.*

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known): *17-21513 jjt*

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................  $ **50,000.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................................  $ **50,000.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ **300,912.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $ **26,575.63**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ **2,059,377.23**

4. **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b

   $ **2,386,864.86**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Integrity Graphics, Inc.* |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | *17-21513 jjt* |

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **_Integrity Graphics, Inc._**                          Case number *(If known)*  **_17-21513 jjt_**
       Name

☐ Yes Fill in the information below.

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | *Software* | *$10,000.00* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    *Integrity Graphics, Inc.*                                     Case number *(If known)*  *17-21513 jjt*
              Name

*Folders*                                                                                      **$40,000.00**

---

78.   **Total of Part 11.**                                                                    **$50,000.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Debtor    **Integrity Graphics, Inc.**
Name
Case number *(If known)*  **17-21513 jjt**

---

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $50,000.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $50,000.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $50,000.00 |

**Fill in this information to identify the case:**

Debtor name _**Integrity Graphics, Inc.**_

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) _**17-21513 jjt**_

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** _**Sterling National Bank**_<br>Creditor's Name<br>_**- Great Atlantic**_<br>_**ATTN:  Pres./Managing Agent**_<br>_**500 7th Ave., 3rd Floor**_<br>_**New York, NY 10018**_<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>_**Folders**_<br><br><br>**Describe the lien**<br>_**Capital lease**_<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$272,722.00** | **$40,000.00** |
| **2.2** _**Susquehanna Commercial Finance**_<br>Creditor's Name<br>_**Attn:  Pres./Managing Agent**_<br>_**2 Country View Rd., Ste. 300**_<br>_**Malvern, PA 19355**_<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>_**Software**_<br><br><br>**Describe the lien**<br>_**Capital lease**_<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$28,190.00** | **$10,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   *Integrity Graphics, Inc.*
Name

Case number (if know)   *17-21513 jjt*

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $300,912.00

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Integrity Graphics, Inc.__

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) __17-21513 jjt__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>__Town of Windsor__<br>__ATTN: Town Clerk/Legal Dept.__<br>__275 Broad Street / Town Hall__<br>__Windsor, CT 06095-2994__ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,575.63 | $26,575.63 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br><br>__1 Berkshire Strategic Alliance, Inc.__<br>__ATTN: Pres./Managing Agent__<br>__66 Allen Street__<br>__Pittsfield, MA 01201__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br><br>__1010 Day Hill Realty, LLC__<br>__ATTN: Pres./Managing Agent__<br>__1010 Day Hill Rd.__<br>__Windsor, CT 06070__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,356.90 |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     23554     Best Case Bankruptcy

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $636.03 |
|---|---|---|---|

**A. L. Larsen Co., Inc.**
ATTN: Pres./Managing Agent
44 Concord Street
Wilmington, MA 01887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,862.61 |
|---|---|---|---|

**Accu-Grind of New England**
ATTN: Pres./Managing Agent
P.O. Box 703
Oxford, MA 01540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.55 |
|---|---|---|---|

**Advertising Specialty Institure**
ATTN: Pres./Managing Agent
P. O. Box 15017
Wilmington, DE 19886-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,114.11 |
|---|---|---|---|

**Alarm New England**
ATTN: Pres./Managing Agent
65 Inwood Road
Rocky Hill, CT 06067-3440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231,647.04 |
|---|---|---|---|

**American Express**
ATTN: Pres./Managing Agent
P.O. Box 981532
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,374.23 |
|---|---|---|---|

**American Labor Services**
ATTN: Pres./Managing Agent
515 Smith Street
Providence, RI 02908

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**American Seed Trade Association**
ATTN: Pres./Managing Agent
1701 Duke Street
Suite 275
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Integrity Graphics, Inc.* | Case number (if known) | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,573.04 |
|---|---|---|---|

**American University of Paris**
**ATTN: Pres./Managing Agent**
**5 boulevard de la Tour Maubourg**
**PARIS, FR 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**Amity Electric**
**ATTN: Pres./Managing Agent**
**P.O. Box 800**
**Wyoming, RI 02898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $476.38 |
|---|---|---|---|

**Anchor Electric LLC**
**ATTN: Pres./Managing Agent**
**687 Silver Street**
**Agawam, MA 01001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,480.00 |
|---|---|---|---|

**Apple Steel Rule Die Co., Inc.**
**ATTN: Pres./Managing Agent/AR**
**7817 W. Clinton Avenue**
**Milwaukee, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.51 |
|---|---|---|---|

**AT&T Mobility**
**ATTN: Pres./Managing Agent**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663.32 |
|---|---|---|---|

**Atlas Copco Compressors**
**ATTN: Pres./Managing Agent**
**75 Remittance Drive**
**Suite 3009**
**Chicago, IL 60675-3009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,718.06 |
|---|---|---|---|

**Automatic Data Process**
**ATTN: Pres./Managing Agent**
**PO Box 842875**
**Boston, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Integrity Graphics, Inc.* | | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,414.77** |
|---|---|---|---|
| | *B-P Products* <br> *ATTN: Pres./Managing Agent* <br> *100 Sanford Street* <br> *Hamden, CT 06514* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$167.75** |
|---|---|---|---|
| | *BCT* <br> *ATTN: Pres./Managing Agent* <br> *30 Risho Avenue* <br> *East Providence, RI 02914* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,713.18** |
|---|---|---|---|
| | *Bottcher America Corp.* <br> *ATTN: Pres./Managing Agent* <br> *P.O. Box 823439* <br> *Philadelphia, PA 19182-3439* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,076.76** |
|---|---|---|---|
| | *Butler Company* <br> *ATTN: Pres./Managing Agent* <br> *848 Marshall Phelps Road* <br> *Windsor, CT 06095* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.00** |
|---|---|---|---|
| | *Caliper* <br> *ATTN: Pres./Managing Agent* <br> *506 Carnegie Center, Suite 300* <br> *P.O. Box 2050* <br> *Princeton, NJ 08543-2050* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,910.19** |
|---|---|---|---|
| | *Canon Financial Services* <br> *ATTN: Pres./Managing Agent* <br> *14904 Collections Center Drive* <br> *Chicago, IL 60693-0149* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$713.21** |
|---|---|---|---|
| | *Canon Solutions America, Inc.* <br> *ATTN: Pres./Managing Agent* <br> *15004 Collections Center Drive* <br> *Chicago, IL 60693* | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | *Integrity Graphics, Inc.* | | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|---|
| | Name | | | |

**3.24** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$1,905.51**

*Canteen Refreshment Services*
*A Division of Canteen*
*Attn:  Pres./Managing Agent*
*P.O. Box 417632*
*Boston, MA 02241-7632*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$327.75**

*Capital Adhesives*
*ATTN: Pres./Managing Agent*
*1260 South Old State Road 67*
*Mooresville, IN 46158*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$28,134.06**

*Case Paper Co., Inc.*
*ATTN: Pres./Managing Agent*
*P.O. Box 36056*
*Newark, NJ 07188-6103*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$4,374.35**

*CDW*
*ATTN: Pres./Managing Agent*
*260 Industrial Way West*
*Eatontown, NJ 07724*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$10,683.81**

*Central Paper Company*
*ATTN: Pres./Managing Agent*
*P.O. Box 1701*
*400 Glenwood Avenue*
*Pawtucket, RI 02860*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$3,251.00**

*Cintas Corporation Local 701*
*ATTN: Pres./Managing Agent*
*P.O. Box 630803*
*Cincinnati, OH 45263-0803*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | **$898.29**

*Clean Rentals, Inc.*
*ATTN: Pres./Managing Agent*
*P. O. Box 63070*
*New Bedford, MA 02746-0899*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,341.29** |
|---|---|---|---|
| | *Climate Controlled Systems* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *34 Pengrove Street* | ☐ Disputed | |
| | *Cranston, RI 02920* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,370.50** |
|---|---|---|---|
| | *Co-Communications* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *332 Main Street* | ☐ Disputed | |
| | *Mount Kisco, NY 10549* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,888.25** |
|---|---|---|---|
| | *Coatings & Adhesives* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *P. O. Box 896084* | ☐ Disputed | |
| | *Charlotte, NC 28289-6084* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,588.02** |
|---|---|---|---|
| | *Colonial Printing* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *333 Strawberry Field Road* | ☐ Disputed | |
| | *Warwick, RI 02886* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.84** |
|---|---|---|---|
| | *Comcast* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *P. O. Box 1577* | ☐ Disputed | |
| | *Newark, NJ 07101-1577* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,457.15** |
|---|---|---|---|
| | *Connecticut Diecutting Services, LLC* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *95 Leggett Street* | ☐ Disputed | |
| | *East Hartford, CT 06108* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19.75** |
|---|---|---|---|
| | *Conney Safety* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *P.O. Box 44575* | ☐ Disputed | |
| | *Madison, WI 53744-4575* | | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | *Integrity Graphics, Inc.* | Case number (if known) | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,788.83 |
|---|---|---|---|
| | *Creative Financial Staffing, LLC* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *One International Place* | ☐ Unliquidated | |
| | *16th Floor* | ☐ Disputed | |
| | *Boston, MA 02110* | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,987.89 |
|---|---|---|---|
| | *Creative Marketing Group, LLC* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *95 Valley Street  #36* | ☐ Unliquidated | |
| | *Bristol, CT 06010* | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.50 |
|---|---|---|---|
| | *CT Labor Law Poster Service* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *1028 Boulevard* | ☐ Unliquidated | |
| | *Suite 328* | ☐ Disputed | |
| | *West Hartford, CT 06119-1801* | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.50 |
|---|---|---|---|
| | *Debourke Company* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *28 Teal Road* | ☐ Unliquidated | |
| | *Unit 107* | ☐ Disputed | |
| | *Wakefield, MA 01880* | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $891.79 |
|---|---|---|---|
| | *DFS Group* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *P.O. Box 88042* | ☐ Unliquidated | |
| | *Chicago, IL 60680-1042* | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.42 |
|---|---|---|---|
| | *Discount Labels* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *P.O. Box 644276* | ☐ Unliquidated | |
| | *Pittsburgh, PA 15264-4276* | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,176.86 |
|---|---|---|---|
| | *Double Envelope* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *7702 Plantation Road* | ☐ Unliquidated | |
| | *Roanoke, VA 24019* | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | _Integrity Graphics, Inc._ | Case number (if known) | _17-21513 jjt_ |
|---|---|---|---|
| | Name | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$132.74** |
|---|---|---|---|

_Eastern Bearings, Inc._
_ATTN: Pres./Managing Agent_
_P.O. Box 540647_
_Waltham, MA 02454-0647_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,268.80** |
|---|---|---|---|

_Eastman Kodak Company_
_ATTN: Pres./Managing Agent_
_P.O. Box 640350_
_Pittsburgh, PA 15264-0350_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,834.65** |
|---|---|---|---|

_EFI, Inc._
_Electronics for Imaging_
_Attn:  Pres./Managing Agent_
_P. O. Box 742366_
_Los Angeles, CA 90074-2366_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$887.14** |
|---|---|---|---|

_Ennis, Inc._
_ATTN: Pres./Managing Agent_
_97 West Street_
_Branch Plant 3707_
_Medfield, MA 02052_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,162.73** |
|---|---|---|---|

_Essentra Specialty Tapes Edison_
_ATTN: Pres./Managing Agent_
_14774 Collections Center Drive_
_Chicago, IL 60693_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88,446.66** |
|---|---|---|---|

_Excelsior Integrated_
_ATTN: Pres./Managing Agent_
_10 Valley Street  #8_
_P.O. Box 555_
_Lee, MA 01238_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,103.54** |
|---|---|---|---|

_Expand International of America, Inc._
_ATTN: Pres./Managing Agent_
_400 Long Beach Blvd._
_Stratford, CT 06615_

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | _Integrity Graphics, Inc._ | Case number _(if known)_ | _17-21513 jjt_ |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$15,136.50** |
|---|---|---|---|

**Express Employment Professionals Service**
**ATTN: Pres./Managing Agent**
**340 Broad Street**
**Suite 208**
**Windsor, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,620.00** |
|---|---|---|---|

**Fairfield Marketing Group, Inc.**
**ATTN: Pres./Managing Agent**
**830 Sport Hill Road**
**Easton, CT 06612-1250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$346.38** |
|---|---|---|---|

**Federal Express Corp.**
**ATTN: Pres./Managing Agent**
**P.O. Box 223125**
**Pittsburgh, PA 15251-2125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$335.99** |
|---|---|---|---|

**Fellers**
**ATTN: Pres./Managing Agent**
**P.O. Box 875540**
**Kansas City, MO 64187-5540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$2,001.83** |
|---|---|---|---|

**Flint Group**
**ATTN: Pres./Managing Agent**
**1455 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$26,503.31** |
|---|---|---|---|

**FUJIFILM North America Corp.**
**Graphic Systems Division**
**Attn:  Pres./Managing Agent**
**Dept. CH 10764**
**Palatine, IL 60055-0764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$98.86** |
|---|---|---|---|

**Gheorghe Iancu**
**70 Green Meadow Drive**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Integrity Graphics, Inc.** | | Case number (if known) | **17-21513 jjt** |
|---|---|---|---|---|
| | Name | | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,605.85** |
|---|---|---|---|
| | **GPA**<br>**ATTN: Pres./Managing Agent**<br>**3906 Solutions Center**<br>**Chicago, IL 60677-3009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$275.90** |
|---|---|---|---|
| | **Grainger**<br>**ATTN: Pres./Managing Agent**<br>**Dept. 804035004**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,283.02** |
|---|---|---|---|
| | **Graphic Innovations**<br>**ATTN: Pres./Managing Agent**<br>**380 Jefferson Boulevard**<br>**Unit C**<br>**Warwick, RI 02886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,323.72** |
|---|---|---|---|
| | **Graphic Litho**<br>**ATTN: Pres./Managing Agent**<br>**130 Shepard Street**<br>**Lawrence, MA 01843** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,207.18** |
|---|---|---|---|
| | **Greylock Federal Credit Union**<br>**ATTN: Pres./Managing Agent**<br>**150 West Street**<br>**Pittsfield, MA 01201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$552.20** |
|---|---|---|---|
| | **H. S. Boyd Co., Inc.**<br>**ATTN: Pres./Managing Agent**<br>**6915 E 14th Street**<br>**Tulsa, OK 74112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,275.00** |
|---|---|---|---|
| | **Healthtrax Corp. Service**<br>**Employee Wellness Division**<br>**Attn: Pres./Managing Agent**<br>**2345 Main Street**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,679.31** |
|---|---|---|---|

*Heidelberg USA, Inc.*
*ATTN: Pres./Managing Agent*
*P.O. Box 5160*
*Carol Stream, IL 60197*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.03** |
|---|---|---|---|

*Home Depot*
*ATTN: Pres./Managing Agent*
*Home Depot Credit Service*
*P.O. Box 6029*
*The Lakes, NV 88901-6029*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,679.16** |
|---|---|---|---|

*HP Indigo Products*
*Indigo America, Inc.*
*Attn:  Pres./Managing Agent*
*P.O. Box 415573*
*bOSTON, MA 02241-5573*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,937.97** |
|---|---|---|---|

*Hubergroup USA, Inc.*
*ATTN: Pres./Managing Agent*
*Dept. CH16836*
*Palatine, IL 60055-6836*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,656.18** |
|---|---|---|---|

*Hydra-Vac, Inc.*
*ATTN: Pres./Managing Agent*
*35991 Highway 21 North*
*Gurnee, IL 60031-1907*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,619.27** |
|---|---|---|---|

*Image Communications*
*ATTN: Pres./Managing Agent*
*12 Rogers Road Unit 8*
*Haverhill, MA 01835*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.50** |
|---|---|---|---|

*J. L. McIntosh*
*875 Washington Street*
*Canton, MA 02021-2513*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | _Integrity Graphics, Inc._ | | Case number *(if known)* | _17-21513 jjt_ |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,404.86** |
|---|---|---|---|

_Jay Packaging Group, Inc._
_ATTN: Pres./Managing Agent_
_P.O. Box 798010_
_St. Louis, MO 63179-8000_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,949.00** |
|---|---|---|---|

_John Atwood_
_Atwood Design Systems, Inc._
_132 Duane Street, #2_
_New York, NY 10013_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$69,723.42** |
|---|---|---|---|

_John C. Lorusso_
_185 Crystal Pond Rd._
_Eastford, CT 06242_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,434.24** |
|---|---|---|---|

_Joseph E LaValla_
_42 Carver Circle_
_Simsbury, CT 06070_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,719.63** |
|---|---|---|---|

_Komori America Corp._
_ATTN: Pres./Managing Agent_
_5520 Meadowbrook Ct._
_Rolling Meadows, IL 60008-3898_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.30** |
|---|---|---|---|

_Konica Minolta Bus. Solutions USA_
_ATTN: Pres./Managing Agent_
_DEPT. AT 952823_
_Atlanta, GA 31192-2823_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,116.57** |
|---|---|---|---|

_Konica Minolta Premier Finance_
_ATTN: Pres./Managing Agent_
_P. O. Box 70239_
_Philadelphia, PA 19176-0239_

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$885.13** |
|---|---|---|---|
| | *Label Art* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *Drawer 706* | ☐ Disputed | |
| | *Milwaukee, WI 53278-0706* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,445.00** |
|---|---|---|---|
| | *Label One* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *5 Center Road West* | ☐ Disputed | |
| | *Old Saybrook, CT 06475* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,120.00** |
|---|---|---|---|
| | *Lanco Adhesives, Inc.* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *1723 Ginesi Drive* | ☐ Disputed | |
| | *Freehold, NJ 07728* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,076.55** |
|---|---|---|---|
| | *Liberty Cleaning Company* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *David Caldarella* | ☐ Disputed | |
| | *25 Stone Drive* | | |
| | *Cranston, RI 02920* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$491,448.85** |
|---|---|---|---|
| | *Lindenmeyr-Munroe* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *P.O. Box 416207* | ☐ Disputed | |
| | *Boston, MA 02241-6207* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$306.95** |
|---|---|---|---|
| | *MAILTECH* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *625A Acorn Street* | ☐ Disputed | |
| | *Deer Park, NY 11729* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | *Marathon Cutting Die, Inc.* | ☐ Contingent | |
| | *ATTN: Pres./Managing Agent* | ☐ Unliquidated | |
| | *2340 S. Foster Avenue* | ☐ Disputed | |
| | *Wheeling, IL 60090* | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,292.50** |
|---|---|---|---|

*Margolis Partners LLC*
*ATTN: Pres./Managing Agent*
*Eight Tower Bridge*
*161 Washington St Ste 430*
*Conshohocken, PA 19428*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,153.46** |
|---|---|---|---|

*Massachusetts Fire Technologies*
*ATTN: Pres./Managing Agent*
*57 York Street*
*P.O. Box 8*
*West Springfield, MA 01090*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104.65** |
|---|---|---|---|

*MBO America*
*ATTN: Pres./Managing Agent*
*4E. Stow Road,  Suite 12*
*Marlton, NJ 08053*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,363.07** |
|---|---|---|---|

*Merrill Industries*
*ATTN: Pres./Managing Agent*
*P.O. Box 150*
*Ellington, CT 06029-0150*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$505.01** |
|---|---|---|---|

*Min Com Business Forms*
*ATTN: Pres./Managing Agent*
*P.O. Box 20816*
*Mesa, AZ 85277-0816*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,942.29** |
|---|---|---|---|

*Monroe Staffing Services, LLC*
*ATTN: Pres./Managing Agent*
*35 Corporate Drive*
*Trumbull, CT 06611*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,171.73** |
|---|---|---|---|

*MSP*
*ATTN: Pres./Managing Agent*
*P. O. Box 641114*
*Pittsburgh, PA 15264-1114*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Integrity Graphics, Inc.** | Case number (if known) | **17-21513 jjt** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420.00** |
|---|---|---|---|

**National Industrial Coatings, Inc.**
**dba Nicoat**
**Attn:  Pres./Managing Agent**
**1600 Glenlake Avenue**
**Itasca, IL 60143-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,161.60** |
|---|---|---|---|

**New England Finishing, Inc.**
**ATTN: Pres./Managing Agent**
**709 Main Street**
**Holyoke, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,312.07** |
|---|---|---|---|

**New England Mechanical Services, Inc.**
**ATTN: Pres./Managing Agent**
**166 Tunnel Road**
**Vernon, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,856.81** |
|---|---|---|---|

**Nortec Humidity, Inc.**
**ATTN: Pres./Managing Agent**
**Box 233724**
**3724 Momentum Place**
**Chicago, IL 60689-5337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,734.88** |
|---|---|---|---|

**North American Press Products, Inc.**
**ATTN: Pres./Managing Agent**
**11300 Space Blvd.**
**Suite 3C**
**Orlando, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,797.60** |
|---|---|---|---|

**Northwestern Mutual**
**ATTN: Pres./Managing Agent**
**Group Insurance Administration**
**P O Box 2754**
**Portland, OR 97208-2754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Integrity Graphics, Inc.* | Case number (if known) | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,123.57 |
|---|---|---|---|

**NOVA-PHOTO-GRAPHIK**
**ATTN: Pres./Managing Agent**
**Bildverwertungsgesellschaft M.B.H.**
**Anton Freunschlag-Gasse 27**
**1230 VIENNA AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,619.13 |
|---|---|---|---|

**Ocean State Book Binding**
**ATTN: Pres./Managing Agent**
**225 Dupont Drive**
**Providence, RI 02907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**PayFlex Systems USA, Inc.**
**ATTN: Pres./Managing Agent**
**10802 Farnam Drive**
**Suite 100**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $868.31 |
|---|---|---|---|

**Penske Truck Leasing Company**
**ATTN: Pres./Managing Agent**
**P.O. Box 827380**
**Philadelphia, PA 19182-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,272.73 |
|---|---|---|---|

**Pitney Bowes (EasyPermit**
**ATTN: Pres./Managing Agent**
**P. O. Box 856042**
**Louisville, KY 40285-6042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.64 |
|---|---|---|---|

**Pitney Bowes Global**
**Financial Services LLC**
**Attn:  Pres./Managing Agent**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,053.76 |
|---|---|---|---|

**PMC, LLC**
**ATTN: Pres./Managing Agent**
**Subsidiary of Stewart Industries, Inc.**
**7234 Blue Ash Road**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Integrity Graphics, Inc.** | Case number (if known) | **17-21513 jjt** |
|---|---|---|---|
| | Name | | |

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**Poster Compliance Center**
ATTN: Pres./Managing Agent
3687 Mount Diablo Boulevard
#100
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,389.40 |
|---|---|---|---|

**Premier Blanket Service**
ATTN: Pres./Managing Agent
860 E. State Parkway
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.83 |
|---|---|---|---|

**Printer's Oil Supply Company**
ATTN: Pres./Managing Agent
310 Ballardvale Street
Wilmington, MA 01887-1097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,247.81 |
|---|---|---|---|

**Printers' Service**
ATTN: Pres./Managing Agent
P.O. Box 5080
Ironbound Station
Newark, NJ 07105-5080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,011.00 |
|---|---|---|---|

**Printing Industries of New England**
ATTN: Pres./Managing Agent
5 Crystal Pond Road
Southborough, MA 01772-1758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Progressive Business Publications**
ATTN: Pres./Managing Agent
370 Technology Drive
P.O. Box 3019
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.75 |
|---|---|---|---|

**Quog - Ellex - BPS**
ATTN: Pres./Managing Agent
31 Ciro Road
North Branford, CT 06471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | _Integrity Graphics, Inc._ | | Case number _(if known)_ | _17-21513 jjt_ |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,511.00 |
| --- | --- | --- | --- |

**Ricoh USA, Inc.**
**ATTN: Pres./Managing Agent**
**P. O. Box 827577**
**Philadelphia, PA 19182-7577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $640.00 |
| --- | --- | --- | --- |

**Road Runner Express, LLC**
**ATTN: Pres./Managing Agent**
**P. O. Box 1593**
**476 Farmington Ave.**
**Hartford, CT 06144**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,785.08 |
| --- | --- | --- | --- |

**SAS Graphic Supply**
**ATTN: Pres./Managing Agent**
**52 Fadem Road**
**Springfield, NJ 07081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $454.48 |
| --- | --- | --- | --- |

**Shell**
**ATTN: Pres./Managing Agent**
**P. O. Box 9001015**
**Louisville, KY 40290-1015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,167.66 |
| --- | --- | --- | --- |

**Sheppard Envelope Company**
**ATTN: Pres./Managing Agent**
**133 Southbridge Street**
**Auburn, MA 01501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $7,000.00 |
| --- | --- | --- | --- |

**Simione Macca & Larrow, LLP**
**ATTN: Pres./Managing Agent**
**85 Wolcott Hill Road**
**Wethersfield, CT 06109**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,212.99 |
| --- | --- | --- | --- |

**Southern Lamps, Inc.**
**ATTN: Pres./Managing Agent**
**6 Carry Back Road**
**Ocala, FL 34482**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Integrity Graphics, Inc.**
Name

Case number *(if known)*   **17-21513 jjt**

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,575.18** |

**Sparkle Services, Inc.**
**ATTN: Pres./Managing Agent**
**P.O. Box 3331**
**Enfield, CT 06083-3331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.122   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$3,266.28**

**Spectra Logic**
**ATTN: Pres./Managing Agent**
**6285 Lookout Road**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.123   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$232,722.00**

**Sterling National Bank**
**- Great Atlantic**
**ATTN:  Pres./Managing Agent**
**500 7th Ave., 3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **See Schedule D**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.124   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$1,201.31**

**Superior Bindery, Inc.**
**ATTN: Pres./Managing Agent**
**1 Federal Drive**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.125   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$1,639.95**

**Superior Ink Company**
**ATTN: Pres./Managing Agent**
**100 North Street**
**Teterboro, NJ 07608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.126   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$18,190.00**

**Susquehanna Commercial Finance**
**Attn:  Pres./Managing Agent**
**2 Country View Rd., Ste. 300**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**   **See Schedule D**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.127   **Nonpriority creditor's name and mailing address**
As of the petition filing date, the claim is: *Check all that apply.*   **$340.32**

**TAB Computer Systems, Inc.**
**ATTN: Pres./Managing Agent**
**29-31 Bissell Street**
**East Hartford, CT 06108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|
| | Name | | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.30** |
|---|---|---|---|

*Thompson Manufacturing*
*ATTN: Pres./Managing Agent*
*6315 East 12th Street*
*Tulsa, OK 74112*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,100.00** |
|---|---|---|---|

*Toyo Ink America, LLC*
*ATTN: Pres./Managing Agent*
*1225 N. Michael Drive*
*Wood Dale, IL 60191*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,976.10** |
|---|---|---|---|

*TrueNorth Captial Partners LLC*
*ATTN: Pres./Managing Agent*
*TNCP, LLC*
*9 West Broad St - Ste 510*
*Stamford, CT 06902*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,206.10** |
|---|---|---|---|

*Uline*
*ATTN: Pres./Managing Agent*
*P.O. Box 88741*
*Chicago, IL 60680-1741*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,630.48** |
|---|---|---|---|

*Unicorr Packaging Group*
*ATTN: Pres./Managing Agent*
*4282 Payshere Circle*
*Chicago, IL 60674*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,792.05** |
|---|---|---|---|

*United Parcel Service*
*ATTN: Pres./Managing Agent*
*P.O. Box 7247-0244*
*Philadelphia, PA 19170-0001*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$238.67** |
|---|---|---|---|

*Universal Color Corp.*
*ATTN: Pres./Managing Agent*
*377 Ballardvale Street*
*Wilmington, MA 01887*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | *Integrity Graphics, Inc.* | | Case number (*if known*) | *17-21513 jjt* |
|---|---|---|---|---|
| | Name | | | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,189.00** |
|---|---|---|---|
| | *University Products, Inc.* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *P.O. Box 101* | ☐ Unliquidated | |
| | *517 Main Street* | ☐ Disputed | |
| | *Holyoke, MA 01040* | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$607.60** |
|---|---|---|---|
| | *Update Limited* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *134 Peavey Circle* | ☐ Unliquidated | |
| | *Chaska, MN 55318* | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$240.11** |
|---|---|---|---|
| | *UPS Supply Chain Solutions* | | |
| | *UPS/UPS SCS Dallas* | ☐ Contingent | |
| | *Attn:  Pres./Managing Agent* | ☐ Unliquidated | |
| | *P. O. Box 730900* | ☐ Disputed | |
| | *Dallas, TX 75373-0900* | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,401.13** |
|---|---|---|---|
| | *Vantage Financial, LLC* | | |
| | *ATTN: Pres./Managing Agent/AR* | ☐ Contingent | |
| | *444 Second Street,  Suite 700* | ☐ Unliquidated | |
| | *Excelsior, MN 55331* | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,658.36** |
|---|---|---|---|
| | *Veritiv Operating Co. (Formerly Unisourc* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *7472 Collections Drive* | ☐ Unliquidated | |
| | *Chicago, IL 60693* | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,851.55** |
|---|---|---|---|
| | *Veritiv Operating Co. (Formerly Xpedx)* | | |
| | *ATTN: Pres./Managing Agent* | ☐ Contingent | |
| | *P. O. Box 644520* | ☐ Unliquidated | |
| | *Pittsburgh, PA 15264-4520* | ☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$405.64** |
|---|---|---|---|
| | *Veritive Operating Company* | | |
| | *Unisource - ULS Transportation* | ☐ Contingent | |
| | *Attn:  Pres./Managing Agent* | ☐ Unliquidated | |
| | *6600 Governors Lake Pkwy* | ☐ Disputed | |
| | *Norcross, GA 30071* | | |
| | | **Basis for the claim:** __ | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Integrity Graphics, Inc. | Case number (if known) | 17-21513 jjt |
|---|---|---|---|
| | Name | | |

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,334.00 |
|---|---|---|---|

**Victor A. LaValla**
**502 Mulberry Street**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.27 |
|---|---|---|---|

**W + D North America, Inc.**
**ATTN: Pres./Managing Agent**
**11300 West 80th Street**
**Lenexa, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,907.81 |
|---|---|---|---|

**W. E. Jackson  & Company**
**ATTN: Pres./Managing Agent**
**21 Lark Industrial Parkway**
**Greenville, RI 02828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.99 |
|---|---|---|---|

**W. G. Fry Corporation**
**ATTN: Pres./Managing Agent**
**60 Allston Avenue**
**West Springfield, MA 01089-3700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.62 |
|---|---|---|---|

**Warwick Utility Billing**
**ATTN: Pres./Managing Agent**
**P. O. Box 981076**
**Boston, MA 02298-1076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $653.00 |
|---|---|---|---|

**Weko North America, Inc.**
**ATTN: Pres./Managing Agent**
**1595 Skylyn Drive,  Ste  D**
**Spartanburg, SC 29307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,337.92 |
|---|---|---|---|

**Wethersfield Offset, Inc.**
**ATTN: Pres./Managing Agent**
**1795 Silas Deane Highway**
**Rocky Hill, CT 06067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Integrity Graphics, Inc. | Case number (if known) | 17-21513 jjt |
|---|---|---|---|
| | Name | | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,214.33 |
|---|---|---|---|

**3.149**

Nonpriority creditor's name and mailing address

**Wex Fleet Universal-Wex Bank**
ATTN: Pres./Managing Agent
P. O. Box 6293
Carol Stream, IL 60197-6293

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   $2,214.33
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150**

Nonpriority creditor's name and mailing address

**Worcester Envelope Company**
ATTN: Pres./Managing Agent
22 Millbury Street
P.O. Box 406
Auburn, MA 01501-0406

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   $2,528.78
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151**

Nonpriority creditor's name and mailing address

**Xerox Corporation**
ATTN: Pres./Managing Agent
PO Box 827598
Philadelphia, PA 19182-7598

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   $1,207.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152**

Nonpriority creditor's name and mailing address

**Xlcolor**
ATTN: Pres./Managing Agent
16 Southwood Road
Bloomfield, CT 06002

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   $5,062.59
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153**

Nonpriority creditor's name and mailing address

**Yankee Courier Services**
ATTN: Pres./Managing Agent
5 Craftsman Rd Unit #14
East Windsor, CT 06088

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.   $6,314.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Jesse Cook-Dubin, Esq.<br>Atty. for Excelsior Integrated<br>Cohen Kinne Valicenti & Cook<br>28 North St., 3rd Fl.<br>Pittsfield, MA 01201 | Line __3.50__<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor   **Integrity Graphics, Inc.**
Name

Case number (*if known*)   **17-21513 jjt**

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 26,575.63 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,059,377.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,085,952.86 |

**Fill in this information to identify the case:**

Debtor name    *Integrity Graphics, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    *17-21513 jjt*

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest       *Building rent* | |
|    State the term remaining    *160 months*    List the contract number of any government contract | *1010 Day Hill Realty LLC*<br>*ATTN:  Pres./Managing Agent*<br>*1010 Day Hill Rd.*<br>*Windsor, CT 06095* |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest       *Consulting service* | |
|    State the term remaining    *36 months*    List the contract number of any government contract | *Excelsior Integrated*<br>*ATTN:  Pres./Managing Agent*<br>*10 Valley St.*<br>*Lee, MA 01238* |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest       *Office rent* | |
|    State the term remaining    *1 month*    List the contract number of any government contract | *Mass. Museum of Contem Art*<br>*   Foundation Inc.*<br>*ATTN:  Pres./Managing Agent*<br>*1040 Mass. Moca Way*<br>*North Adams, MA 01247* |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest       *Image license* | |
|    State the term remaining    *18 months*    List the contract number of any government contract | *Nova-Photo-Graphik*<br>*ATTN:  Pres./Managing Agent*<br>*Anton Freunschlag-Gasse 27*<br>*A-1230 VIENNA AUSTRIA* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | *Integrity Graphics, Inc.* | | | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | *Building rent* | |
|---|---|---|---|
| | State the term remaining | *33 months* | *Sponzo Enterprises LLC*<br>*ATTN:  Pres./Managing Agent*<br>*17 East Dudley Town Rd.*<br>*Bloomfield, CT 06002* |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name          *Integrity Graphics, Inc.*

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    *17-21513 jjt*

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   *Joseph E. LaValla* | *42 Carver Circle Simsbury, CT 06070* | *Sterling National Bank* | ■ D   *2.1*<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  *Integrity Graphics, Inc.*

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  *17-21513 jjt*

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  *1/01/2017* to *Filing Date* | ■ Operating a business<br>☐ Other _____ | *$4,442,105.00* |
| **For prior year:**<br>From  *1/01/2016* to *12/31/2016* | ■ Operating a business<br>☐ Other _____ | *$13,487,646.00* |
| **For year before that:**<br>From  *1/01/2015* to *12/31/2015* | ■ Operating a business<br>☐ Other _____ | *$17,278,974.00* |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Integrity Graphics, Inc.**                                      Case number (if known)    **17-21513 jjt**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **People's United Bank**<br>**850 Main St.**<br>**Bridgeport, CT 06601** | **7/7/2017** | **$1,670,954.23** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Joseph E. LaValla**<br>**42 Carver Circle**<br>**Simsbury, CT 06070**<br>**President** | **10/3/2016 to**<br>**10/3/2017** | **$220,712.33** | **(1) $185,596.19 Salary**<br>**(2) $ 35,116.14 Reimbursement** |
| 4.2. **Kenneth Menna**<br>**4 Hummingbird Lane**<br>**Cranston, RI 02921** | **10/3/2016 to**<br>**10/3/2017** | **$85,531.23** | **(1) $84,478.95 Salary**<br>**(2) $1,052.28 Reimbursement** |
| 4.3. **Victor A. LaValla**<br>**502 Mulberry St.**<br>**Hollidaysburg, PA 16648** | **10/3/2016 to**<br>**10/3/2017** | **$32,810.62** | **(1) $17,176.38 Salary**<br>**(2) $15,634.24 Stock buyback**<br>**repayment** |
| 4.4. **John C. Lorusso**<br>**185 Crystal Pond Rd.**<br>**Eastford, CT 06242** | **10/3/2016 to**<br>**10/3/2017** | **$29,277.45** | **(1) $23,299.65 Salary**<br>**(2) $5,977.80 Stock buyback**<br>**repayment** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **See response to question no. 3**<br>**above** | | | **$0.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|--------|----------------------------|--------------------------|----------------|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Excelsior Integrated Inc.*<br>*v. Integrity Grpahics, Inc. and*<br>*GHP Media, Inc.*<br>*1776CV00205* | *Collection* | *Trial Court of the*<br>*Commonwealth of Mass*<br>*Berkshire County Superior*<br>*Court*<br>*76 East St.*<br>*Pittsfield, MA 01201* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | *Balboa Capital Corporation*<br>*v. Integrity Graphics, Inc.*<br>*30-2017-00940547-CU-CO-CJ*<br>*C* | *Collection* | *Superior Court of California*<br>*County of Orange*<br>*700 Civic Center Drive West*<br>*Santa Ana, CA 92701* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | *American Express Travel*<br>*Related Services Company,*<br>*Inc.*<br>*v. Integrity Graphics, Inc.*<br>*654970/2017* | *Collection* | *Supreme Court, County of*<br>*New York*<br>*60 Centre Street*<br>*New York, NY 10007* | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|--------------------------------------------|

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | *Hartford Symphony* | *Printed material:*<br>*10/2015    $  105.88*<br>*4/2016       $1,018.57*<br>*11/2016    $  207.68*<br>*4/2017       $  988.44* | | *$2,320.57* |
| | Recipients relationship to debtor | | | |
| 9.2. | *Norman Bird Sanctuary* | *Printed material*<br>*3/2017* | | *$4,165.70* |
| | Recipients relationship to debtor | | | |
| 9.3. | *Windsor Police Cadets* | *Cash:*<br>*2/2016    $750.00*<br>*3/2017    $500.00* | | *$1,250.00* |
| | Recipients relationship to debtor | | | |

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Reid and Riege, P.C.*<br>*One Financial Plaza*<br>*Hartford, CT 06103* | | *10/18/2017*<br>*$5,000.00*<br>*11/2/2017*<br>*$5,000.00* | *$10,000.00* |
| | Email or website address<br>*jnewton@rrlawpc.com* | | | |
| | Who made the payment, if not debtor?<br>*Joseph E. LaValla, President of debtor* | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|

| Address | | Dates of occupancy From-To |
|---|---|---|

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *Integrity Graphics, Inc. 401(k) Plan* | EIN: *06-1229159-001* |

Has the plan been terminated?
☐ No
■ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *People's United Bank* *850 Main St.* *Bridgeport, CT 06601-1580* | XXXX-*1855* | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | *7/7/2017* | *$1,012.50* |

---

Debtor    **Integrity Graphics, Inc.**                                                       Case number *(if known)*   **17-21513 jjt**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **People's United Bank**<br>**850 Main St.**<br>**Bridgeport, CT 06601-1580** | **XXXX-8343** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/7/2017* | *$18,368.99* |
| 18.3. | **Simsbury Bank**<br>**86 Hopmeadow St.**<br>**Weatogue, CT 06089** | **XXXX-0056** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/7/2017* | *$2,230.48* |
| 18.4. | **Citizens Bank**<br>**PO Box 7000**<br>**ROP-450**<br>**Providence, RI 02940** | **XXXX-2982** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/7/2017* | *$1,475.15* |
| 18.5. | **Coventry Credit Union**<br>**2006 Nooseneck Hill Rd.**<br>**Coventry, RI 02816** | **XXXX-0071** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *6/12/2017* | *$0.00* |
| 18.6. | **Coventry Credit Union**<br>**2006 Nooseneck Hill Rd.**<br>**Coventry, RI 02816** | **XXXX-0089** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *6/12/2017* | *$0.00* |
| 18.7. | **RBC Wealth Management**<br>**200 Glastonbury Blvd., Ste. 103**<br>**Glastonbury, CT 06033** | **XXXX-8700** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/7/2017* | *$2,767.81* |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* *17-21513 jjt* |
|---|---|---|

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| *Storage facility*<br>*800 Marshall Phelps Rd.*<br>*Windsor, CT 06095* | *GHP Media - Joseph LaValla* | *Misc. materials/folders* | ■ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. *Mike Hart* <br> *68 Sudbury Rd.* <br> *Glenmont, NY 12077* | *7/2012 to 7/2017* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. *Margolis and Partners* <br> *Eight Tower Bridge* <br> *161 Washington St.* <br> *Conshohocken, PA 19428* | *2012 to 2017* |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. *Joseph E. LaValla* <br> *42 Carver Circle* <br> *Simsbury, CT 06070* | |
| 26c.2. *GHP Media* <br> *475 Heffernan Dr.* <br> *West Haven, CT 06516* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. *People's United BAnk* <br> *One Financial Plaza* <br> *Hartfod, CT 06103* |
| 26d.2. *Lindenmeyr-Munroe* <br> *1 Catherine Street* <br> *Teterboro, NJ 07608* |
| 26d.3. *True North Capital Partners LLC* <br> *9 West Broad St., Ste. 510* <br> *Stamford, CT 06902* |
| 26d.4. *Summit Financial* <br> *2455 East Parleys Way, Ste. 200* <br> *Salt Lake City, UT 84109* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor　**Integrity Graphics, Inc.**　　　　　　　　　　　　　Case number *(if known)*　**17-21513 jjt**

| Name and address | |
| --- | --- |
| 26d.5. | **KLC Financial**<br>**3514 County Rd.**<br>**Minnetonka, MN 55345** |
| 26d.6. | **Reich Brothers**<br>**15 Reservoir Rd.**<br>**White Plains, NY 10603** |
| 26d.7. | **MidCap Business Credit LLC**<br>**433 South Main St.**<br>**West Hartford, CT 06110** |
| 26d.8. | **CT Color Holding**<br>**Bradford Equities Management, LLC**<br>**360 Hamilton Ave., Ste. 425**<br>**White Plains, NY 10601** |
| 26d.9. | **Sterling National Bank**<br>**500 7th Ave., 3rd Fl.**<br>**New York, NY 10018** |
| 26d.10. | **Signature Financial LLC**<br>**225 Broadhollow Rd.**<br>**Melville, NY 11747** |
| 26d.11. | **Balboa Capital**<br>**2010 Main St.**<br>**Irvine, CA 92614** |
| 26d.12. | **Vantage Financial**<br>**444 Second St.**<br>**Excelsior, MN 55331** |
| 26d.13. | **Susquehanna Commercial Finance, Inc.**<br>**2 Country View Rd., Ste. 300**<br>**Malvern, PA 19355** |
| 26d.14. | **Crestmark**<br>**P.O. Box 88514**<br>**Atlanta, GA 30356** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Mike Hart** | **12/31/2016** | **$291,289.49 lower of cost or market** |
| | Name and address of the person who has possession of inventory records | | |
| | **Joseph E. LaValla and GHP Media** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | *Integrity Graphics, Inc.* | Case number *(if known)* | *17-21513 jjt* |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Joseph E. LaValla* | *42 Carver Circle*<br>*Simsbury, CT 06070* | *President, sole Board member* | *90%* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *See Part 2, #4 above* | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| | |
|---|---|
| Debtor   **Integrity Graphics, Inc.** | Case number *(if known)*   **17-21513 jjt** |

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2017**

**/s/ Joseph E. Lavalla**

Signature of individual signing on behalf of the debtor   **Joseph E. Lavalla**

Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re   **Integrity Graphics, Inc.**
_____
Debtor(s)

Case No.   **17-21513 jjt**
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **10,000.00** |
   | Prior to the filing of this statement I have received | $ | **10,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor      ☑ Other (specify):   **Joseph Lavalla**

3. The source of compensation to be paid to me is:

   ☐ Debtor      ☐ Other (specify):   **N/A**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 27, 2017
_____
Date

/s/ Jon P. Newton
_____
**Jon P. Newton ct03376**
_Signature of Attorney_
**Reid and Riege, P.C.**
**One Financial Plaza**
**Hartford, CT 06103**
**860.278.1150   Fax: 860.240.1002**
**jnewton@rrlawpc.com**
_____
_Name of law firm_

---

# United States Bankruptcy Court
## District of Connecticut

In re  **Integrity Graphics, Inc.**

Debtor(s)

Case No.  **17-21513 jjt**

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 27, 2017**

**/s/ Joseph E. Lavalla**

**Joseph E. Lavalla**/**President**
Signer/Title

1 Berkshire Strategic Alliance, Inc.
ATTN: Pres./Managing Agent
66 Allen Street
Pittsfield, MA 01201

1010 Day Hill Realty LLC
ATTN:  Pres./Managing Agent
1010 Day Hill Rd.
Windsor, CT 06095

1010 Day Hill Realty, LLC
ATTN: Pres./Managing Agent
1010 Day Hill Rd.
Windsor, CT 06070

A. L. Larsen Co., Inc.
ATTN: Pres./Managing Agent
44 Concord Street
Wilmington, MA 01887

Accu-Grind of New England
ATTN: Pres./Managing Agent
P.O. Box 703
Oxford, MA 01540

Advertising Specialty Institure
ATTN: Pres./Managing Agent
P. O. Box 15017
Wilmington, DE 19886-5017

Alarm New England
ATTN: Pres./Managing Agent
65 Inwood Road
Rocky Hill, CT 06067-3440

American Express
ATTN: Pres./Managing Agent
P.O. Box 981532
El Paso, TX 79998

American Labor Services
ATTN: Pres./Managing Agent
515 Smith Street
Providence, RI 02908

American Seed Trade Association
ATTN: Pres./Managing Agent
1701 Duke Street
Suite 275
Alexandria, VA 22314


American University of Paris
ATTN: Pres./Managing Agent
5 boulevard de la Tour Maubourg
PARIS, FR 75007


Amity Electric
ATTN: Pres./Managing Agent
P.O. Box 800
Wyoming, RI 02898


Anchor Electric LLC
ATTN: Pres./Managing Agent
687 Silver Street
Agawam, MA 01001


Apple Steel Rule Die Co., Inc.
ATTN: Pres./Managing Agent/AR
7817 W. Clinton Avenue
Milwaukee, WI 53223


AT&T Mobility
ATTN: Pres./Managing Agent
P.O. Box 6463
Carol Stream, IL 60197-6463


Atlas Copco Compressors
ATTN: Pres./Managing Agent
75 Remittance Drive
Suite 3009
Chicago, IL 60675-3009


Automatic Data Process
ATTN: Pres./Managing Agent
PO Box 842875
Boston, MA 02284-2875


B-P Products
ATTN: Pres./Managing Agent
100 Sanford Street
Hamden, CT 06514

BCT
ATTN: Pres./Managing Agent
30 Risho Avenue
East Providence, RI 02914


Bottcher America Corp.
ATTN: Pres./Managing Agent
P.O. Box 823439
Philadelphia, PA 19182-3439


Butler Company
ATTN: Pres./Managing Agent
848 Marshall Phelps Road
Windsor, CT 06095


Caliper
ATTN: Pres./Managing Agent
506 Carnegie Center, Suite 300
P.O. Box 2050
Princeton, NJ 08543-2050


Canon Financial Services
ATTN: Pres./Managing Agent
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Solutions America, Inc.
ATTN: Pres./Managing Agent
15004 Collections Center Drive
Chicago, IL 60693


Canteen Refreshment Services
A Division of Canteen
Attn:  Pres./Managing Agent
P.O. Box 417632
Boston, MA 02241-7632


Capital Adhesives
ATTN: Pres./Managing Agent
1260 South Old State Road 67
Mooresville, IN 46158


Case Paper Co., Inc.
ATTN: Pres./Managing Agent
P.O. Box 36056
Newark, NJ 07188-6103

CDW
ATTN: Pres./Managing Agent
260 Industrial Way West
Eatontown, NJ 07724


Central Paper Company
ATTN: Pres./Managing Agent
P.O. Box 1701
400 Glenwood Avenue
Pawtucket, RI 02860


Cintas Corporation Local 701
ATTN: Pres./Managing Agent
P.O. Box 630803
Cincinnati, OH 45263-0803


Clean Rentals, Inc.
ATTN: Pres./Managing Agent
P. O. Box 63070
New Bedford, MA 02746-0899


Climate Controlled Systems
ATTN: Pres./Managing Agent
34 Pengrove Street
Cranston, RI 02920


Co-Communications
ATTN: Pres./Managing Agent
332 Main Street
Mount Kisco, NY 10549


Coatings & Adhesives
ATTN: Pres./Managing Agent
P. O. Box 896084
Charlotte, NC 28289-6084


Colonial Printing
ATTN: Pres./Managing Agent
333 Strawberry Field Road
Warwick, RI 02886


Comcast
ATTN: Pres./Managing Agent
P. O. Box 1577
Newark, NJ 07101-1577

Connecticut Diecutting Services, LLC
ATTN: Pres./Managing Agent
95 Leggett Street
East Hartford, CT 06108

Conney Safety
ATTN: Pres./Managing Agent
P.O. Box 44575
Madison, WI 53744-4575

Creative Financial Staffing, LLC
ATTN: Pres./Managing Agent
One International Place
16th Floor
Boston, MA 02110

Creative Marketing Group, LLC
ATTN: Pres./Managing Agent
95 Valley Street #36
Bristol, CT 06010

CT Labor Law Poster Service
ATTN: Pres./Managing Agent
1028 Boulevard
Suite 328
West Hartford, CT 06119-1801

Debourke Company
ATTN: Pres./Managing Agent
28 Teal Road
Unit 107
Wakefield, MA 01880

DFS Group
ATTN: Pres./Managing Agent
P.O. Box 88042
Chicago, IL 60680-1042

Discount Labels
ATTN: Pres./Managing Agent
P.O. Box 644276
Pittsburgh, PA 15264-4276

Double Envelope
ATTN: Pres./Managing Agent
7702 Plantation Road
Roanoke, VA 24019

Eastern Bearings, Inc.
ATTN: Pres./Managing Agent
P.O. Box 540647
Waltham, MA 02454-0647


Eastman Kodak Company
ATTN: Pres./Managing Agent
P.O. Box 640350
Pittsburgh, PA 15264-0350


EFI, Inc.
Electronics for Imaging
Attn:  Pres./Managing Agent
P. O. Box 742366
Los Angeles, CA 90074-2366


Ennis, Inc.
ATTN: Pres./Managing Agent
97 West Street
Branch Plant 3707
Medfield, MA 02052


Essentra Specialty Tapes Edison
ATTN: Pres./Managing Agent
14774 Collections Center Drive
Chicago, IL 60693


Excelsior Integrated
ATTN: Pres./Managing Agent
10 Valley Street  #8
P.O. Box 555
Lee, MA 01238


Expand International of America, Inc.
ATTN: Pres./Managing Agent
400 Long Beach Blvd.
Stratford, CT 06615


Express Employment Professionals Service
ATTN: Pres./Managing Agent
340 Broad Street
Suite 208
Windsor, CT 06095

Fairfield Marketing Group, Inc.
ATTN: Pres./Managing Agent
830 Sport Hill Road
Easton, CT 06612-1250


Federal Express Corp.
ATTN: Pres./Managing Agent
P.O. Box 223125
Pittsburgh, PA 15251-2125


Fellers
ATTN: Pres./Managing Agent
P.O. Box 875540
Kansas City, MO 64187-5540


Flint Group
ATTN: Pres./Managing Agent
1455 Paysphere Circle
Chicago, IL 60674


FUJIFILM North America Corp.
Graphic Systems Division
Attn: Pres./Managing Agent
Dept. CH 10764
Palatine, IL 60055-0764


Gheorghe Iancu
70 Green Meadow Drive
Longmeadow, MA 01106


GPA
ATTN: Pres./Managing Agent
3906 Solutions Center
Chicago, IL 60677-3009


Grainger
ATTN: Pres./Managing Agent
Dept. 804035004
Palatine, IL 60038-0001


Graphic Innovations
ATTN: Pres./Managing Agent
380 Jefferson Boulevard
Unit C
Warwick, RI 02886

Graphic Litho
ATTN: Pres./Managing Agent
130 Shepard Street
Lawrence, MA 01843


Greylock Federal Credit Union
ATTN: Pres./Managing Agent
150 West Street
Pittsfield, MA 01201


H. S. Boyd Co., Inc.
ATTN: Pres./Managing Agent
6915 E 14th Street
Tulsa, OK 74112


Healthtrax Corp. Service
Employee Wellness Division
Attn: Pres./Managing Agent
2345 Main Street
Glastonbury, CT 06033


Heidelberg USA, Inc.
ATTN: Pres./Managing Agent
P.O. Box 5160
Carol Stream, IL 60197


Home Depot
ATTN: Pres./Managing Agent
Home Depot Credit Service
P.O. Box 6029
The Lakes, NV 88901-6029


HP Indigo Products
Indigo America, Inc.
Attn: Pres./Managing Agent
P.O. Box 415573
bOSTON, MA 02241-5573


Hubergroup USA, Inc.
ATTN: Pres./Managing Agent
Dept. CH16836
Palatine, IL 60055-6836


Hydra-Vac, Inc.
ATTN: Pres./Managing Agent
35991 Highway 21 North
Gurnee, IL 60031-1907

Image Communications
ATTN: Pres./Managing Agent
12 Rogers Road Unit 8
Haverhill, MA 01835


J. L. McIntosh
875 Washington Street
Canton, MA 02021-2513


Jay Packaging Group, Inc.
ATTN: Pres./Managing Agent
P.O. Box 798010
St. Louis, MO 63179-8000


Jesse Cook-Dubin, Esq.
Atty. for Excelsior Integrated
Cohen Kinne Valicenti & Cook
28 North St., 3rd Fl.
Pittsfield, MA 01201


John Atwood
Atwood Design Systems, Inc.
132 Duane Street, #2
New York, NY 10013


John C. Lorusso
185 Crystal Pond Rd.
Eastford, CT 06242


Joseph E LaValla
42 Carver Circle
Simsbury, CT 06070


Joseph E. LaValla
42 Carver Circle
Simsbury, CT 06070


Komori America Corp.
ATTN: Pres./Managing Agent
5520 Meadowbrook Ct.
Rolling Meadows, IL 60008-3898


Konica Minolta Bus. Solutions USA
ATTN: Pres./Managing Agent
DEPT. AT 952823
Atlanta, GA 31192-2823

Konica Minolta Premier Finance
ATTN: Pres./Managing Agent
P. O. Box 70239
Philadelphia, PA 19176-0239


Label Art
ATTN: Pres./Managing Agent
Drawer 706
Milwaukee, WI 53278-0706


Label One
ATTN: Pres./Managing Agent
5 Center Road West
Old Saybrook, CT 06475


Lanco Adhesives, Inc.
ATTN: Pres./Managing Agent
1723 Ginesi Drive
Freehold, NJ 07728


Liberty Cleaning Company
ATTN: Pres./Managing Agent
David Caldarella
25 Stone Drive
Cranston, RI 02920


Lindenmeyr-Munroe
ATTN: Pres./Managing Agent
P.O. Box 416207
Boston, MA 02241-6207


MAILTECH
ATTN: Pres./Managing Agent
625A Acorn Street
Deer Park, NY 11729


Marathon Cutting Die, Inc.
ATTN: Pres./Managing Agent
2340 S. Foster Avenue
Wheeling, IL 60090


Margolis Partners LLC
ATTN: Pres./Managing Agent
Eight Tower Bridge
161 Washington St Ste 430
Conshohocken, PA 19428

Mass. Museum of Contem Art
  Foundation Inc.
ATTN:  Pres./Managing Agent
1040 Mass. Moca Way
North Adams, MA 01247


Massachusetts Fire Technologies
ATTN: Pres./Managing Agent
57 York Street
P.O. Box 8
West Springfield, MA 01090


MBO America
ATTN: Pres./Managing Agent
4E. Stow Road, Suite 12
Marlton, NJ 08053


Merrill Industries
ATTN: Pres./Managing Agent
P.O. Box 150
Ellington, CT 06029-0150


Michelle A. Chiongson, Esq.
Atty. for Balboa Capital Corp
575 Anton Blvd., 12th Fl.
Costa Mesa, CA 92626


Min Com Business Forms
ATTN: Pres./Managing Agent
P.O. Box 20816
Mesa, AZ 85277-0816


Monroe Staffing Services, LLC
ATTN: Pres./Managing Agent
35 Corporate Drive
Trumbull, CT 06611


MSP
ATTN: Pres./Managing Agent
P. O. Box 641114
Pittsburgh, PA 15264-1114


National Industrial Coatings, Inc.
dba Nicoat
Attn:  Pres./Managing Agent
1600 Glenlake Avenue
Itasca, IL 60143-1005

New England Finishing, Inc.
ATTN: Pres./Managing Agent
709 Main Street
Holyoke, MA 01040


New England Mechanical Services, Inc.
ATTN: Pres./Managing Agent
166 Tunnel Road
Vernon, CT 06066


Nortec Humidity, Inc.
ATTN: Pres./Managing Agent
Box 233724
3724 Momentum Place
Chicago, IL 60689-5337


North American Press Products, Inc.
ATTN: Pres./Managing Agent
11300 Space Blvd.
Suite 3C
Orlando, FL 32837


Northwestern Mutual
ATTN: Pres./Managing Agent
Group Insurance Administration
P O Box 2754
Portland, OR 97208-2754


NOVA-PHOTO-GRAPHIK
ATTN: Pres./Managing Agent
Bildverwertungsgesellschaft M.B.H.
Anton Freunschlag-Gasse 27
1230 VIENNA AUSTRIA


Ocean State Book Binding
ATTN: Pres./Managing Agent
225 Dupont Drive
Providence, RI 02907


PayFlex Systems USA, Inc.
ATTN: Pres./Managing Agent
10802 Farnam Drive
Suite 100
Omaha, NE 68154

Penske Truck Leasing Company
ATTN: Pres./Managing Agent
P.O. Box 827380
Philadelphia, PA 19182-7380


Pitney Bowes (EasyPermit
ATTN: Pres./Managing Agent
P. O. Box 856042
Louisville, KY 40285-6042


Pitney Bowes Global
Financial Services LLC
Attn:  Pres./Managing Agent
P.O. Box 371887
Pittsburgh, PA 15250-7887


PMC, LLC
ATTN: Pres./Managing Agent
Subsidiary of Stewart Industries, Inc.
7234 Blue Ash Road
Cincinnati, OH 45236


Poster Compliance Center
ATTN: Pres./Managing Agent
3687 Mount Diablo Boulevard
#100
Lafayette, CA 94549


Premier Blanket Service
ATTN: Pres./Managing Agent
860 E. State Parkway
Schaumburg, IL 60173


Printer's Oil Supply Company
ATTN: Pres./Managing Agent
310 Ballardvale Street
Wilmington, MA 01887-1097


Printers' Service
ATTN: Pres./Managing Agent
P.O. Box 5080
Ironbound Station
Newark, NJ 07105-5080

Printing Industries of New England
ATTN: Pres./Managing Agent
5 Crystal Pond Road
Southborough, MA 01772-1758


Progressive Business Publications
ATTN: Pres./Managing Agent
370 Technology Drive
P.O. Box 3019
Malvern, PA 19355


Quog - Ellex - BPS
ATTN: Pres./Managing Agent
31 Ciro Road
North Branford, CT 06471


Ricoh USA, Inc.
ATTN: Pres./Managing Agent
P. O. Box 827577
Philadelphia, PA 19182-7577


Road Runner Express, LLC
ATTN: Pres./Managing Agent
P. O. Box 1593
476 Farmington Ave.
Hartford, CT 06144


SAS Graphic Supply
ATTN: Pres./Managing Agent
52 Fadem Road
Springfield, NJ 07081


Shell
ATTN: Pres./Managing Agent
P. O. Box 9001015
Louisville, KY 40290-1015


Sheppard Envelope Company
ATTN: Pres./Managing Agent
133 Southbridge Street
Auburn, MA 01501


Simione Macca & Larrow, LLP
ATTN: Pres./Managing Agent
85 Wolcott Hill Road
Wethersfield, CT 06109

Southern Lamps, Inc.
ATTN: Pres./Managing Agent
6 Carry Back Road
Ocala, FL 34482


Sparkle Services, Inc.
ATTN: Pres./Managing Agent
P.O. Box 3331
Enfield, CT 06083-3331


Spectra Logic
ATTN: Pres./Managing Agent
6285 Lookout Road
Boulder, CO 80301


Sponzo Enterprises LLC
ATTN: Pres./Managing Agent
17 East Dudley Town Rd.
Bloomfield, CT 06002


Sterling National Bank
- Great Atlantic
ATTN: Pres./Managing Agent
500 7th Ave., 3rd Floor
New York, NY 10018


Superior Bindery, Inc.
ATTN: Pres./Managing Agent
1 Federal Drive
Braintree, MA 02184


Superior Ink Company
ATTN: Pres./Managing Agent
100 North Street
Teterboro, NJ 07608


Susquehanna Commercial Finance
Attn: Pres./Managing Agent
2 Country View Rd., Ste. 300
Malvern, PA 19355


TAB Computer Systems, Inc.
ATTN: Pres./Managing Agent
29-31 Bissell Street
East Hartford, CT 06108

Thompson Manufacturing
ATTN: Pres./Managing Agent
6315 East 12th Street
Tulsa, OK 74112


Town of Windsor
ATTN: Town Clerk/Legal Dept.
275 Broad Street / Town Hall
Windsor, CT 06095-2994


Toyo Ink America, LLC
ATTN: Pres./Managing Agent
1225 N. Michael Drive
Wood Dale, IL 60191


TrueNorth Captial Partners LLC
ATTN: Pres./Managing Agent
TNCP, LLC
9 West Broad St - Ste 510
Stamford, CT 06902


Uline
ATTN: Pres./Managing Agent
P.O. Box 88741
Chicago, IL 60680-1741


Unicorr Packaging Group
ATTN: Pres./Managing Agent
4282 Payshere Circle
Chicago, IL 60674


United Parcel Service
ATTN: Pres./Managing Agent
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


Universal Color Corp.
ATTN: Pres./Managing Agent
377 Ballardvale Street
Wilmington, MA 01887


University Products, Inc.
ATTN: Pres./Managing Agent
P.O. Box 101
517 Main Street
Holyoke, MA 01040

Update Limited
ATTN: Pres./Managing Agent
134 Peavey Circle
Chaska, MN 55318


UPS Supply Chain Solutions
UPS/UPS SCS Dallas
Attn:  Pres./Managing Agent
P. O. Box 730900
Dallas, TX 75373-0900


Vantage Financial, LLC
ATTN: Pres./Managing Agent/AR
444 Second Street, Suite 700
Excelsior, MN 55331


Veritiv Operating Co. (Formerly Unisourc
ATTN: Pres./Managing Agent
7472 Collections Drive
Chicago, IL 60693


Veritiv Operating Co. (Formerly Xpedx)
ATTN: Pres./Managing Agent
P. O. Box 644520
Pittsburgh, PA 15264-4520


Veritive Operating Company
Unisource - ULS Transportation
Attn:  Pres./Managing Agent
6600 Governors Lake Pkwy
Norcross, GA 30071


Victor A. LaValla
502 Mulberry Street
Hollidaysburg, PA 16648


W + D North America, Inc.
ATTN: Pres./Managing Agent
11300 West 80th Street
Lenexa, KS 66214


W. E. Jackson  & Company
ATTN: Pres./Managing Agent
21 Lark Industrial Parkway
Greenville, RI 02828

W. G. Fry Corporation
ATTN: Pres./Managing Agent
60 Allston Avenue
West Springfield, MA 01089-3700


Warwick Utility Billing
ATTN: Pres./Managing Agent
P. O. Box 981076
Boston, MA 02298-1076


Weko North America, Inc.
ATTN: Pres./Managing Agent
1595 Skylyn Drive, Ste D
Spartanburg, SC 29307


Wethersfield Offset, Inc.
ATTN: Pres./Managing Agent
1795 Silas Deane Highway
Rocky Hill, CT 06067


Wex Fleet Universal-Wex Bank
ATTN: Pres./Managing Agent
P. O. Box 6293
Carol Stream, IL 60197-6293


Worcester Envelope Company
ATTN: Pres./Managing Agent
22 Millbury Street
P.O. Box 406
Auburn, MA 01501-0406


Xerox Corporation
ATTN: Pres./Managing Agent
PO Box 827598
Philadelphia, PA 19182-7598


Xlcolor
ATTN: Pres./Managing Agent
16 Southwood Road
Bloomfield, CT 06002


Yankee Courier Services
ATTN: Pres./Managing Agent
5 Craftsman Rd Unit #14
East Windsor, CT 06088

# United States Bankruptcy Court
### District of Connecticut

In re __*Integrity Graphics, Inc.*__

Debtor(s)

Case No. __*17-21513 jjt*__

Chapter __*7*__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __*Integrity Graphics, Inc.*__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

*November 27, 2017*

Date

/s/ *Jon P. Newton*

*Jon P. Newton ct03376*

Signature of Attorney or Litigant

Counsel for __*Integrity Graphics, Inc.*__

*Reid and Riege, P.C.*
*One Financial Plaza*
*Hartford, CT 06103*
*860.278.1150 Fax:860.240.1002*
*jnewton@rrlawpc.com*