United States Bankruptcy Court
District of Connecticut

In re:                                                                    Case No. 17-21513-jjt
Integrity Graphics, Inc.                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2          User: lwatson          Page 1 of 1          Date Rcvd: Dec 06, 2017
                              Form ID: 130           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Integrity Graphics, Inc.,    1010 Day Hill Road,    Windsor, CT 06095-1704
intp           +GHP Media, Inc.,    475 Heffernan Drive,    West Haven, CT 06516-4151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ptcrd          +E-mail/Text: dgwaltney@casepaper.com Dec 06 2017 18:37:33     Case Paper Company, Inc.,
                499 East Tioga Street,    Philadelphia, PA 19134-1118
                                                                                               TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Barbara H. Katz    on behalf of Interested Party    GHP Media, Inc. barbarakatz@snet.net
              Bonnie C. Mangan    on behalf of Trustee Bonnie C. Mangan Trusteemangan@yahoo.com,
               ct19@ecfcbis.com;sherry.kelsey@manganlaw.com
              Bonnie C. Mangan    Trusteemangan@yahoo.com,    ct19@ecfcbis.com;sherry.kelsey@manganlaw.com
              Jeffrey M. Sklarz    on behalf of Petitioning Creditor    Lindenmeyr Munroe, A Division of Central
               National Gottesman, Inc. jsklarz@gs-lawfirm.com,    aevans@gs-lawfirm.com
              Jeffrey M. Sklarz    on behalf of Petitioning Creditor    Case Paper Company, Inc.
               jsklarz@gs-lawfirm.com,    aevans@gs-lawfirm.com
              Jeffrey M. Sklarz    on behalf of Petitioning Creditor    Label One Corp. jsklarz@gs-lawfirm.com,
               aevans@gs-lawfirm.com
              Jon P. Newton    on behalf of Debtor    Integrity Graphics, Inc. jnewton@rrlawpc.com,
               umongrain@rrlawpc.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                               TOTAL: 8

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 6, 2017

In re:
    Integrity Graphics, Inc.
                Debtor*

Case Number: 17−21513 jjt
Chapter: 7

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES AND STATEMENTS, AND OTHER DOCUMENTS

    Integrity Graphics, Inc. (the "Debtor"), filed a Motion seeking an extension of time to file all lists, schedules, statements, and other documents required by Federal Rules of Bankruptcy Procedure 1007 dated November 15, 2017 (the "Rule 1007 Extension of Time", ECF No. 13).

    After notice and a hearing, *see* 11 U.S.C. §102(1), it appearing that cause exists to grant the Rule 1007 Extension of Time; it is hereby

    **ORDERED:** The Rule 1007 Extension of Time is granted and the Debtor shall file all lists, schedules, statements, and other documents required to be filed by Federal Rules of Bankruptcy Procedure 1007 on or before November 27, 2017; and it is further

    **ORDERED:** The failure of the Debtor to timely comply with the filing of all lists, schedules, statements, and other documents as required by this Order shall result in the dismissal of this case.

Dated: December 6, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 130 − lbw

*For the purposes of this order, "Debtor" means "Debtors" where applicable.