UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| INTEGRITY GRAPHICS, INC., | CASE NO. 17-21513 (JJT) |
| DEBTOR. | April 17, 2019 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 17th day of April, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section II below.

I. <u>Documents Served:</u>
   1. Application to Employ Hurwitz, Sagarin, Slossberg & Knuff, LLC (ECF No. 38);
   2. Affidavit;
   3. Proposed Order;
   4. Notice of Hearing (ECF No. 39).

II. <u>Parties Served:</u>

   Integrity Graphics, Inc.
   Attn: President
   1010 Day Hill Road
   Windsor, CT 06095
   (Debtor)

   Attorney John P. Newton
   jnewton@rrlawpc.com
   (Debtor's Attorney)

   Attorney David C. Shufrin
   DShufrin@hssklaw.com
   (Proposed Special Counsel's Firm)

And all creditors listed on attached service list--

Dated at South Windsor, Connecticut this 17th day of April, 2019.

/s/Bonnie C. Mangan
Bonnie C. Mangan
Chapter 7 Trustee
#ct03759

**AG Ventures, LLC**
Attn: Member
25 Hartley Road
Amsterdam, NY 12010

**Agricredit**
Attn: President
P. O. Box 14535
Des Moines, IA 50306

**Allyndale Corporation**
Attn: President
P. O. Box 265
East Canaan, CT 06024

**Anderson, Charles**
297 East Canaan Road
East Canaan, CT 06024

**C.A. Lindell & Son**
Attn: President
59 Church Street
P.O. Box 899
Canaan, CT 06018-0899

**Calindell & Son, Inc.**
Attn: President
59 Church Street
P.O. Box 899
Canaan, CT 06018

**Canaan Bank**
Attn: President
P. O. Box 1868
Lakeville, CT 06039

**CNH Capital America LLC**
Attn: President
P.O. Box 3600
Lancaster, PA 17604

**Connecticut, State of**
Dept. of Econ.&Community Dev.
Attn: Commissioner
505 Hudson Street
Hartford, CT 06106

2

**Coon, Lawrence D. & Son, Inc.**
Attn: President
116 Soller Heights Road
Ghent, NY 12075

**Cream Hill Farm, LLC**
Attn: Member
6 Rexford Road
West Cornwall, CT 06796

**Crop Production Services, Inc.**
Attn: President
c/o Ilan Markus, Esq.
LeClairRyan, a Professional Corp.
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

**DeCD**
Attn: Commissioner
505 Hudson Street
Hartford, CT 06106

**Deere & Company**
Attn: Walter, Michelle
P.O. Box 6600
Johnston, IA 50131-6600

**Elanco Animal Health**
Attn: President
25399 Network Place
Chicago, IL 60673

**Elanco Animal Hospital**
Attn: D & S, Ltd.
13809 Research Blvd., #800
Austin, TX 78750

**Farm Plan**
Attn: President
P. O. Box 650215
Dallas, TX 75265

**Feed Commodieties Int'l, Inc.**
c/o David N. Cole, Esq.
35 South Main Street
Hanover, NH 03755-2047

3

**Feed Commodieties Internatinal, Inc.**
c/o John W. Davis, Esq.
Cooley, Shrair, P.C.
1380 Main Street, 5th Floor
Springfield, MA 01103

**Feed Commodities**
Attn: President
47 Feed Mill Lane
Middlebury, VT 05753

**Jacquier, John**
213 Daisy Hill Road
Canaan, CT 06018

**John Deere**
Attn: President
P. O. Box 650215
Dallas, TX 75265

**Klebe Fuel Company, Inc.**
Attn: President
P. O. Box 921
Winsted, CT 06098

**Lindell Fuels, Inc.**
Attn: President
59 Church Street
P.O. Box 609
Canaan, CT 06018

**Lindell Hardware**
Attn: President
P. O.Box 899
Canaan, CT 06018

**Marlborough, MA Tax Collector**
AttnL Collector of Revenue
P.O. Box 99
Mill River, MA 01244

**McCallum**
Attn: President
33069 Aberdeen Line
Iona Station, Ontario, Canada

4

**Monsanto**
Attn: President
13809 Research Blvd. #800
Austin, TX 78750

**North Canaan Tax Collector**
Attn: Collector of Revenue
100 Pease Street
Canaan, CT 06018

**Renaissance Nutrition, Inc.**
Attn: President
P. O. Box 229
339 Frederick Road
Roaring Spring, PA 16673

**Salisbury Bank & Trust Company**
Attn: President
P. O. Box 747
Canaan, CT 06018

**Stanford Refrigeration**
Attn: President
933 Duell Road
Stanfordville, NY 12581

**Stanford Refrigeration, LLC**
c/o Allan B. Rappleya, Esq.
Corbally, Gartland & Rappleyea, LLP
35 Market Street
Poughkeepsie, New York 12601

**State of Connecticut**
Dept. of Economic and Community Developm
c/o Jessica Grossarth, Esq.
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport,CT 06601-7006

**State of Connecticut**
Department of Revenue Services
C&E Division, Bankruptcy Unit
25 Sigourney Street
Hartford CT 06106-5032

**Tri State Vets**
Attn: President
7915 NYS 22
Copake Falls, NY 12517

**U.S. Department of Agriculture**
c/o Katherine Cruz
Special Assistant U.S. Attorney
U.S. Attorney's Office
1000 Lafayette Blvd., 10th Floor
Bridgeport, CT 06604

**U.S. Dept. of Agriculture**
Farm Service Agency
Attn: Carrie Novak
445 West Street
Amherst, MA 01002

**U.S. Dept. of Agriculture**
Farm Service Agency
c/o U.S.D.A. - Farm Service Agency
Attn: Prgm Specialist Devon Marsden
344 Merrow Road, Suite B
Tolland, CT 06084

**US Consolidated Farm Services**
Attn: President
1185 New Litchfield Street
Torrington, CT 06790

**Wells Fargo Financial Leasing**
c/o Richard C. Feldman, Esq.
Evans, Feldman & Ainsworth, L.L.C.
261 Bradley St. Box 1694
New Haven, CT 06507

**Wells Fargo Financial Leasing**
Attn Peter Antonelli, Esq.
265 Franklin Street
Boston, MA 02110

**Wells Fargo Financial Leasing**
Attn: President
800 Walnut Street
Des Moines, IA 50309

**Willow Brook Farms, LLC**
Attn: Member
196 Old Post Road #4
Millerton, NY 12546