UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-21513 (JJT) |
| | : | |
| INTEGRITY GRAPHICS, INC. | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | RE: ECF No. 124 |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO REQUIRE SPECIAL COUNSEL TO PROVIDE A FINAL FEE APPLICATION BY ESTABLISHED DEADLINE

Having considered the Chapter 7 Trustee's Motion to Require Special Counsel to File a Final Fee Application by Established Deadline, and after notice and an opportunity for hearing, the Court finds good cause and orders as follows:

1. The Motion is granted in all respects.

2. Hurwitz, Sagarin, Slossberg & Knuff, LLC and/or Attorney David Shufrin must provide a final Application for Compensation and Reimbursement of Expenses within fifteen (15) days after entry of this Order.

3. Any final fee application must comply with Rule 2016 of the Federal Rules of Bankruptcy Procedure and all applicable orders and procedures of this Court.

4. If Hurwitz, Sagarin, Slossberg & Knuff, LLC and/or Attorney David Shufrin do not timely provide a final fee application, the Chapter 7 Trustee may prepare and submit the Trustee's Final Report without including or reserving funds for compensation or reimbursement of expenses payable to Hurwitz, Saga-rin, Slossberg & Knuff, LLC and/or Attorney David Shufrin.

5. The Trustee is authorized to take all actions reasonably necessary to implement this Order.

Dated at Hartford, Connecticut this 19th day of November, 2026.

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut